HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Kara_Ottervanger@fd.org
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARIA BARBOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MARIA BARBOZA,<br><br>            Defendant. | Case No. 1:23-cr-0198<br><br>**ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

IT IS HEREBY ORDERED that defendant Maria Barboza (Lerdo (Kern County Jail) ID No. SO2383556) shall be released from the Lerdo (Kern County Jail) to Kevin Mitchel, a social worker with the Office of the Federal Defender, on Monday, November 4, 2024, at 9:00 a.m. Mr. Mitchel will then transport Ms. Barboza directly to Salvation Army, in Fresno, California, for admission into the program. Salvation Army has confirmed a bed is available at that time.

IT IS SO ORDERED.

Dated:   **November 1, 2024**          /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE