PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA BARBOZA, <br><br> Defendant. | Case No. 1:23-CR-00198 <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE:** <br><br> Date; May 7, 2025 <br> Time: 2:00 p.m. |

IT IS HEREBY STIPULATED between the parties that the status conference set for December 13, 2024, at 2:00 p.m., can be continued to May 7, 2025, at 2:00 p.m.  The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.

Dated:  December 2, 2024

           */s/ Adilene Flores Estrada*
           Adilene Flores Estrada
           Attorney for Maria Barboza


           */s/ Arelis M. Clemente*
           ARELIS M. CLEMENTE
           Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00198 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARIA BARBOZA, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for December 13, 2024, at 2:00 p.m. is hereby continued to May 7, 2025, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 12/2/2024

_Sheila K. Oberto_
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE