MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. MARIA BARBOZA, Defendant. | Case No. 1:23-CR-00198-JLT<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER**<br><br>Date; September 15, 2025<br>Time: 2:00 p.m. |
|---|---|

   IT IS HEREBY STIPULATED between the parties that the status conference set for May 7, 2025, at 2:00 p.m., can be continued to September 15, 2025, at 2:00 p.m.  Ms. Barboza is currently in the Salvation Army Adult Rehabilitation Center program with a graduation date of September 10, 2025.  All parties agree to continue the status conference until after the scheduled graduation date to provide Ms. Barboza an opportunity to complete the program and then address the petition accordingly.  Therefore, the parties request that the status conference currently set for May 7, 2025, at 2:00 p.m., be continued to September 15, 2025, at 2:00 p.m.

  Dated:  April 22, 2025

                                    */s/ Adilene Flores Estrada*
                                    Adilene Flores Estrada
                                    Attorney for Maria Barboza


                                    */s/ Arelis M. Clemente*
                                    ARELIS M. CLEMENTE
                                    Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00198-JLT |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARIA BARBOZA, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for May 7, 2025, at 2:00 p.m. is hereby continued to September 15, 2025, at 2:00 p.m.

IT IS SO ORDERED.

Dated: **April 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge